JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE NOFAL, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; MILLER-DM, INC. dba MERCEDES-BENZ OF BEVERLY HILLS, a California Corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | **CASE NO.  2:22-cv-08324**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT this Court has reviewed and considered Defendant Mercedes-Benz USA, LLC ("Defendant") and Plaintiff George Nofal's ("Plaintiff") Joint Stipulation for Dismissal (Doc. 19).

The Court, having considered the Stipulation before it, hereby orders as follows:

1. The parties' Joint Stipulation for Dismissal is GRANTED.
2. The instant action is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: March 6, 2024

_____
Honorable Josephine L. Staton
United States District Judge